Opinion issued May 6, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00083-CR

———————————

Rogerio Olivares, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 230th District Court

Harris County, Texas



Trial Court Case No. 1207411

 



 

  MEMORANDUM OPINION

          Appellant, Rogerio Olivares,
has filed a motion to dismiss this appeal. 
The motion complies with the Texas Rules of Appellate Procedure.  See Tex.
R. App. P. 42.2(a).

          We
have not yet issued a decision. 
Accordingly, we grant the motion and dismiss the appeal. 

          We further dismiss pending
motions as moot.

          We
direct the clerk of this Court to issue the mandate within 10 days.  Tex.
R. App. P. 18.1.

                                                PER
CURIUM

Panel
consists of Justices Jennings, Hanks, and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).